UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :

YLIANA CRUZ,                             :

                     Plaintiff,     :

                                 :              24-CV-7532 (VSB)
           -against-           :

                                 :                 ORDER
WEST 4TH MARKETPLACE, INC., *et al.*,  :

                                 :

                   Defendants.  :

                                 :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On October 4, 2024, Plaintiff filed this action against Defendants.  (Doc. 4.)  Plaintiff

obtained a summons on October 7, 2024.  (Doc. 7.)  To date, Plaintiff has not filed an affidavit of

service or taken any other action to prosecute this case.  Accordingly, it is hereby:

ORDERED that, no later than January 20, 2025, Plaintiff shall submit a letter of no more

than three (3) pages, supported by legal authority, demonstrating good cause as to why this case

should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).  "Good cause is

generally found only in exceptional circumstances where the plaintiff's failure to serve process in

a timely manner was the result of circumstances beyond its control."  *E. Refractories Co. v.*

*Forty Eight Insulations, Inc.*, 187 F.R.D. 503, 505 (S.D.N.Y. 1999) (internal quotation marks

omitted).  "District courts consider the diligence of plaintiff's efforts to effect proper service and

any prejudice suffered by the defendant as a consequence of the delay."  *Id.* (internal quotation

marks omitted).  "An attorney's inadvertence, neglect, mistake or misplaced reliance does not

constitute good cause."  *Howard v. Klynveld Peat Marwick Goerdeler*, 977 F. Supp. 654, 658

(S.D.N.Y. 1997) (citing *McGregor v. United States*, 933 F.2d 156, 160 (2d Cir.1991), *aff'd*, 173

F.3d 844 (2d Cir. 1999)).  Plaintiff is warned that failure to submit a letter and to demonstrate

good cause for failure to serve Defendants within ninety days after the complaint was filed will

result in dismissal of this action.

SO ORDERED.

Dated:    January 7, 2025
          New York, New York

VERNON S. BRODERICK
United States District Judge