UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
YLIANA CRUZ,                                               :
:
                         Plaintiff,             :
:    24-CV-7532 (VSB)
            -against-                            :
:    **ORDER**
WEST 4TH MARKETPLACE, INC., *et al.*,     :
:
                        Defendants.          :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on October 4, 2024, (Doc. 1), and filed affidavits of service on January 8, 2025, (Docs. 9–12). The affidavits show that Defendants Hungry & Healthy Marketplace LLC, Riverside Gourmet Deli, and West 4th Marketplace, Inc. were served on October 16, 2024, (Docs. 10–12), and Defendant Abdul LNU was served on October 24, 2024, (Doc. 9). The deadline for Defendant Abdul LNU to respond to Plaintiff's complaint was November 14, 2024, and the deadline for the remaining Defendants was November 6, 2024. To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 24, 2025. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 9, 2025
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge