UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YLIANA CRUZ,                                                :
                                                            :
                                    Plaintiff,              :
                                                            :            24-CV-7532 (VSB)
                 -against-                                  :
                                                            :               **ORDER**
WEST 4TH MARKETPLACE, INC., *et al.*,                       :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

Plaintiff requests two weeks to file a motion to compel regarding Defendants' purported failure to comply with certain subpoenas. (Doc. 19.) I had previously granted Plaintiff's request to adjourn sine die the deadline to move for a default judgment due to Defendants' failure to answer or otherwise appear in this action. (Doc. 15.) Accordingly, it is hereby:

ORDERED that the parties appear for a telephonic conference in this matter on May 1, 2025 at 11:00 A.M. The dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**. There is no attendee ID. Plaintiff should be prepared to discuss why they will not move for default judgment and the purpose of a motion to compel.

IT IS FURTHER ORDERED that, by April 21, 2025, Plaintiff mail a copy of this Order to each Defendant by overnight mail. Plaintiff shall file, by April 23, 2025, affidavits establishing that a copy of this Order was mailed to each Defendant.

SO ORDERED.

Dated:    April 16, 2025
              New York, New York

                                                                                                                       _____
                                                                                                          VERNON S. BRODERICK
                                                                                                          United States District Judge

Case 1:24-cv-07532-VSB   Document 20   Filed 04/16/25   Page 2 of 2