```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
 YLIANA CRUZ,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :           24-CV-7532 (VSB)
                -against-                                   :
                                                            :                 ORDER
 WEST 4TH MARKETPLACE, INC., et al.,                        :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      A teleconference was held before me on May 1, 2025. In accordance with my comments at the conference, it is hereby:

      ORDERED that, on or before May 16, 2025, Plaintiff file a letter motion to compel compliance with her discovery requests served on the Corporate Defendants. The letter shall address, among other things, (1) how the Corporate Defendants have changed over time such that they may be defunct, (2) the steps taken in the attempt to identify the Corporate Defendants and the Individual Defendant Abdul, and (3) any attempts, if any, by the Defendants to avoid responding to the complaint or the request for discovery. The letter shall also attach (1) copies of the subpoenas or discovery requests made to the Corporate Defendants, and (2) a declaration from Plaintiff Cruz confirming that she was paid in cash for her work and did not receive other paperwork, the name of who she believed to be her supervisor or manager, and any other information relevant to identifying the Defendants.

SO ORDERED.

Dated: May 1, 2025
New York, New York

*Vernon Broderick* (signature)
VERNON S. BRODERICK
United States District Judge