```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  YLIANA CRUZ,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :       24-CV-7532 (VSB)
                 -against-                                  :
                                                            :           ORDER
  WEST 4TH MARKETPLACE, INC., et al.,                       :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  Plaintiff filed an amended complaint on June 2, 2025, (Doc. 27), and filed affidavits of service regarding Defendants Salimen Nagi, Mosa Nagi, and Hamza Nagi (collectively, "Served Defendants") on July 11, 2025, (Docs. 33–35). The deadline for Served Defendants to respond to Plaintiff's amended complaint was July 29, 2025. To date, Served Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case.

  Plaintiff has also failed to file affidavits of service of the amended complaint regarding Defendants West 4th Marketplace, Inc., Hungry & Healthy Marketplace LLC, Riverside Gourmet Deli, and Abdul LNU (collectively, "Non-Served Defendants"), even though Plaintiff has obtained electronic amended summons on June 11, 2025, (Doc. 32).

  Accordingly, it is hereby:

  ORDERED that if Plaintiff intends to seek a default judgment as to the Served Defendants, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 20, 2025. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to

prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff has previously failed to move for default judgment and required the Court's order directing her to do so on January 9, 2025.  (Doc. 13.)

IT IS FURTHER ORDERED, by October 20, 2025, Plaintiff shall submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why this case should not be dismissed as to the Non-Served Defendants pursuant to Federal Rule of Civil Procedure 4(m).  Plaintiff has previously failed to timely file affidavits of service and required the Court's order directing her to do so on January 8, 2025. (Doc. 8.)

Absent exceptional circumstances, no extensions will be granted.  Plaintiff has repeatedly shown little intent to prosecute this case, and I may dismiss this case for failure to prosecute this case pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 29, 2025
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge