FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

November 3, 2025

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Cruz v. West 4th Marketplace, Inc., et al.**
**Case No. 24-CV-7532 (VSB)**

Dear Judge Broderick:

      This firm represents Plaintiff in the above-referenced matter. We write to respectfully request a brief extension of Plaintiff's deadline to move for a default judgment from November 5, 2025 to November 10, 2025. My office is in the process of obtaining a declaration from Plaintiff and drafting the remaining paperwork. Given my firm's jury trial and appellate brief deadline last week as explained in my October 13, 2025 letter (Docket Entry 37), we respectfully request a short extension to file the motion.

      We greatly appreciate the Court's attention to this matter.

Respectfully Submitted,

--------------/s/------------
Michael Taubenfeld

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   11/4/2025