It is hereby ORDERED that this case is referred for mediation to the Court annexed Mediation Program for settlement of all claims. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court. It is further ORDERED that the motion for default judgment will be stayed and the hearing, currently scheduled for February 13, 2026, will be adjourned until further notice pending the outcome of the mediation. Finally, the court directs Defendants to obtain proper legal representation or sign and respond to Plaintiff's default judgment motion separately. One pro se party cannot sign on behalf of other pro se parties, since each unrepresented party must respond on its own. *See* Fed. R. Civ. P. 11(a). Thus, Defendant Mosa Nagi, if he is not an admitted attorney, cannot submit an opposition on behalf of all defendants. Additionally, corporations must be represented by counsel.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   1/27/2026

**FISHER | TAUBENFELD LLP**

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

**VIA ECF**

January 23, 2026

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Cruz v. West 4th Marketplace, Inc., et al.**
**Case No. 24-CV-7532 (VSB)**

Dear Judge Broderick:

This firm represents Plaintiff in the above-referenced matter. Plaintiff and Defendants West 4th Marketplace, Inc. and Abdeluh Ahmed Albashah request that the Court stay the motion for a default judgment for 45 days and refer this case to the Court's mediation program. Plaintiff and Defendants West 4th Marketplace, Inc. and Abdeluh Ahmed Albashah want to devote their resources to resolving this matter and agree to exchange documents in accordance with the Court's mediation rules. We therefore request a stay and a referral to the mediation program and an adjournment of the February 13, 2026 conference.

Regarding the remaining Defendants, they purported to file an opposition to Plaintiff's motion for a default judgment through an unsigned declaration by Defendant Mosa Nagi (Doc. Entry 80). Mr. Nagi does not appear to be an admitted attorney in the State of New York. Plaintiff respectfully requests that the Court instruct these Defendants that the corporate Defendants must be represented by counsel and that Defendant Mosa Nagi cannot represent individuals other than himself. The parties consent to Mr. Nagi's participation and the participation of all Defendants in the above mediation process.

We greatly appreciate the Court's attention to this matter.

Respectfully Submitted,
--------------/s/------------
Michael Taubenfeld

cc: Defendant Mosa Nagi via email (nagimosa@gmail.com)