**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
YLIANA CRUZ,

                         Plaintiff,                    **24-CV-07532 (VSB) (VF)**

           -against-                                   **ORDER**

WEST 4TH MARKETPLACE, INC., et al.,

                         Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

       This case has been referred to the undersigned for general pretrial supervision. The

parties are directed to provide a joint update on the status of mediation on or by **April 24, 2026**.

       **SO ORDERED.**

DATED:      New York, New York
            March 19, 2026

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge