UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                 :

YLIANA CRUZ,                      :

                    :

            Plaintiff,    :

                    :            24-CV-7532 (VSB)

        -against-      :

                    :            **<u>ORDER</u>**

WEST 4TH MARKETPLACE, INC., *et al.*,  :

                    :

           Defendants.  :

                    :

----------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that the parties in this case have reached a settlement in principle at a court-ordered mediation conference.  (Docs. 95, 96.)  The parties state that they "anticipate fully executing the settlement agreement within 30 days."  (Doc. 95.)  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated:  June 22, 2026
       New York, New York

                                  Vernon S. Broderick
                                  United States District Judge