FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

September 4, 2026

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Cruz v. West 4th Marketplace, Inc., et al.**
**Case No. 24-CV-7532 (VSB)**

Dear Judge Broderick:

This firm represents Plaintiff in the above-referenced matter. We write respectfully to request a two-week extension, to September 18, 2026, of the deadline to restore this action to the Court's docket, currently due today, pursuant to the Court's August 24, 2026 Order (Doc. 99). This is Plaintiff's second request for an extension of this deadline, and all parties consent to this request.

The parties continue to make progress toward final resolution of this matter. Plaintiff has executed the agreement with Defendants Hungry & Healthy Marketplace, LLC, Riverside Gourmet Deli, Salimen Nagi, Mosa Nagi, and Hamza Nagi. Plaintiff and Defendants Abdeluh Ahmed Albashah and West 4th Marketplace, Inc. continue to revise the terms of their settlement agreement and anticipate finalizing it in the near future.

I will be preparing for and on trial for most of the next two weeks in Rodriguez v. Lunita's Cafe and Deli Corp., et al., No. 21-cv-03909 (PGG)(HJR) (E.D.N.Y.), which will limit the time available to finalize the remaining settlement papers. Accordingly, Plaintiff respectfully requests the two-week extension described above.

We greatly appreciate the Court's attention to this matter.

The Court appreciates the update on the parties' progress towards final resolution of the matter. Parties may not privately settle Fair Labor Standards Act ("FLSA") claims and stipulate to the case's dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) without the approval of the district court or the Department of Labor. *See Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 807 (2d Cir. 2022); *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015). In the absence of Department of Labor approval, the parties must demonstrate to me that their settlement is "fair and reasonable." *Velasquez v. SAFI-G, Inc.*, 137 F. Supp. 3d 582, 584 (S.D.N.Y. 2015) (internal quotation marks omitted). Accordingly, the parties shall have until September 25, 2026 to file the details of the settlement agreement for approval. Moreoever, I respectfully direct the Clerk of Court to fully reopen the case so that the settlement agreement can be filed and reviewed by the Court.

SO ORDERED: Date: September 8, 2026

Vernon Broderick
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,
--------------/s/------------
Michael Taubenfeld